IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| WILLIAM STREET, | ) | NO.: 18-00271 |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: DONALD R. CASSLING |

**NOTICE OF MOTION**

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT that on September 17, 2020, at 9:30 a.m., I will appear before the Honorable Donald R. Cassling or any judge sitting in that judge's place, and present the motion of PennyMac Loan Services, LLC, for Relief from the Automatic Stay, a copy of which is attached.

**This motion will be presented and heard telephonically.**  No personal appearance in court is necessary or permitted.  To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC.  You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I, the undersigned Attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on September 2, 2020, at 5:00 p.m.

> McCalla Raymer Leibert Pierce, LLC
> */s/Kinnera  Bhoopal*
> Kinnera  Bhoopal
> ARDC# 6295897
> 1 N. Dearborn Suite 1200
> Chicago, IL 60602
> (312) 346-9088

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

## **NOTICE OF MOTION ADDRESSES**

| | |
|---|---|
| To Debtor:<br>William Street<br>308 N Latrobe<br>Chicago, IL 60644 | *Served via U.S. Mail* |
| William Street<br>14412 S Union Ave<br>Riverdale, Illinois 60827 | |
| To Co-Debtor:<br>Virginia Street<br>14412 S Union Ave<br>Riverdale, Illinois 60827 | *Served via U.S. Mail* |
| To Attorney:<br>David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | *by Electronic Notice through ECF* |
| To Trustee:<br>Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603 | *by Electronic Notice through ECF* |

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| WILLIAM STREET, | ) | NO.: 18-00271 |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: DONALD R. CASSLING |
| | ) | |

## MOTION TO MODIFY THE AUTOMATIC STAY AND CO-DEBTOR STAY

NOW COMES PennyMac Loan Services, LLC by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay and Co-Debtor Stay heretofore entered on the property located at 14412 S Union Ave, Riverdale, Illinois 60827 be Modified, stating as follows:

1. On January 05, 2018, the above captioned Chapter 13 was filed.

2. On March 01, 2018, the above captioned Chapter 13 was confirmed.

3. PennyMac Loan Services, LLC services the first mortgage lien on the property located at 14412 S Union Ave, Riverdale, Illinois 60827.

4. The Plan calls for the Debtor to be the disbursing agent for the post-petition mortgage payments directly to PennyMac Loan Services, LLC. Post-petition payments are $982.42.

5. The post-petition mortgage payments are due and owing for April 01, 2020. The default to PennyMac Loan Services, LLC is approximately $4,197.53 through August 2020 including a post-petition suspense balance of $714.57. Another payment will come due on September 1, 2020 in the amount of $982.42.

6. The plan is in material default.

7. PennyMac Loan Services, LLC also seeks to modify the stay as to co-debtor Virginia Street pursuant to 11 U.S.C. §1301(a).

8. PennyMac Loan Services, LLC continues to be injured each day it remains bound by the Automatic Stay.

9. PennyMac Loan Services, LLC is not adequately protected.

10. The property located at 14412 S Union Ave, Riverdale, Illinois 60827 is not necessary for the Debtor's reorganization.

11. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(A)(3) should be waived.

12. If impacted by COVID-19, please have your attorney contact the undersigned to discuss possible loss mitigation actions.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay and Co-Debtor Stay be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and for such other and further relief as this Court deems just.

McCalla Raymer Leibert Pierce, LLC

By:   */s/Kinnera Bhoopal*
Kinnera Bhoopal
Illinois Bar No. 6295897
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
Phone: (312) 346-9088
Fax: (312) 551-4400
Email: ILpleadings@mrpllc.com