**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

Debtor  William Street              Case No  18-00271         Chapter  13
Moving Creditor  PennyMac Loan Services, LLC    Date Case Filed  January 05, 2018

Nature of Relief Sought:  ☒ Lift Stay    ☐ Annul Stay    ☒ Other (describe): Co-Debtor Stay

Chapter 13    Date of Confirmation Hearing              Date Plan Confirmed   March 01, 2018

1. Collateral
   a. ☒ Home
   b. ☐ Car _____
   c. ☐ Other (describe) _____

2. Balance good through August 31, 2020 $56,553.46
   Total of all other Liens against Collateral $0.00 (per debtor's schedule)

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $54,000.00 (per Debtor's Schedules)

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____   Amount $_____

   b. ☒ Post-Petition Default
      i. ☒ On direct payments to the moving creditor
         Number of months 5    Amount $4,197.53
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____   Amount $_____

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid  Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☒ Other (describe) Material payment default

   b. ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) __
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: September 1, 2020        Submitted By:    /s/Kinnera Bhoopal
                                                ARDC# 6295897
                                                McCalla Raymer Leibert Pierce, LLC